IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,           )
                                    )
                 Plaintiff,         )
                                    )      Docket No. 4:05CR3094
          v.                        )
                                    )
MICHAEL JAMES JACKSON,              )
                                    )              ORDER
                 Defendant.         )
                                    )

          IT IS ORDERED:

          1.  Defendant's motion to continue, filing 14, is granted
and the change of plea hearing is continued to December 22, 2005
at 1:00 p.m. before the undersigned magistrate judge in Courtroom
2, United States Courthouse and Federal Building, 100 Centennial
Mall North, Lincoln, Nebraska.

          2.  For this defendant, the time between today's date and
the hearing on the anticipated plea of guilty is excluded for
purposes of computing the limits under the Speedy Trial Act.
See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

          3.  Defendant shall be present for the hearing.

          DATED: November 23, 2005.

                              BY THE COURT:

                              s/ David L. Piester

                              David L. Piester
                              United States Magistrate Judge