IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3094 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL JAMES JACKSON, | ) | TENTATIVE FINDINGS TO REVISED |
| | ) | PRESENTENCE REPORT |
| Defendant. | ) | |
| | ) | |

    The defendant has objected to Paragraph 65 of the Revised Presentence Investigation Report. It appears to be necessary to have an evidentiary hearing. It shall be held at the time of sentencing, but in order for either side to be able to submit oral testimony, paragraph 6 of the Order on Sentencing Schedule, filing 23, dated February 1, 2006, must be complied with.

    Other than the matter to which objection is made, I tentatively find that the Revised Presentence Investigation Report is true and accurate. Objections may be made to these tentative findings at the sentencing hearing, but no oral testimony shall be received as to those matters to which no objection has been made.

    Dated April 10, 2006.

                                      BY THE COURT

                                      s/ Warren K. Urbom
                                      United States Senior District Judge