```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3094 |
| v. ) | |
| ) | |
| MICHAEL JAMES JACKSON, ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant. ) | |
| ) | |

This matter is before the court on its own motion. Last Thursday a hearing was held before me on the petition for action on conditions of pretrial release. I ordered the defendant detained, but approved medical furloughs for the defendant to receive scheduled medical treatment. I have now been informed that neither the marshals nor the jail personnel where defendant is currently housed have the capacity to collect urine samples for testing when the defendant is returned to custody. Thus, either the defendant must be released to the custody of a responsible person or the furlough cannot take place. Although I do not favor burdening counsel with this task, in this case I have no other alternative.

IT THEREFORE HEREBY IS ORDERED,

Paragraph 3 of the order of April 20, 2006, filing 31, is amended by striking the words, "...or another person designated by the attorney, ...."

DATED this 25th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge