IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3094 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL JAMES JACKSON, | ) | ORDER RESCHEDULING |
| | ) | SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the sentencing hearing for Defendant Michael James Jackson is rescheduled and shall commence at 3:30 p.m. on May 1, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska 68508.  The defendant shall be present for said hearing.

    Dated April 25, 2006.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge