UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3094 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| MICHAEL JAMES JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has requested a hearing on its previously filed Motion for Reduction of Sentence.

IT IS ORDERED that:

1. the Request for Hearing on Rule 35(b) Motion, filing 42, is granted;

2. the hearing will be held on September 5, 2007, at 12:15 p.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. counsel for the defendant shall inform the court whether the defendant wants to be present in person or by telephone. If the defendant decides to participate by telephone, defense counsel shall make the arrangements with the defendant's case manager and provide the telephone number to my chambers on or before September 4, 2007, where the defendant can be reached at the time of the hearing. If the defendant decides to be present in person, counsel for the defendant shall notify my chambers and a new date for the hearing will be scheduled for a time when the U.S. Marshal can have the defendant present for the hearing.

Dated July 18, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge