IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:05CR3094 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL JAMES JACKSON, ) | ORDER ON MOTION TO CONTINUE |
| ) | HEARING PURSUANT TO RULE 35 |
| Defendant. ) | |
| ) | |

IT IS ORDERED that:

1. the Motion to Continue Hearing Pursuant to Rule 35(b), filing 44, is granted;

2. the Rule 35(b) hearing is continued to November 7, 2007, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant has requested to participate at the hearing by telephone; therefore, defense counsel shall make the arrangements with the defendant's case manager and provide to my chambers the name of the defendant's case manager and the telephone number where the defendant can be reached at the time of the hearing on or before November 5, 2007.

Dated August 22, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge