IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3094 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON MOTION TO CONTINUE |
| | ) | HEARING PURSUANT TO RULE 35 |
| MICHAEL JAMES JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Filing 46 is a Motion to Continue Hearing Pursuant to Rule 35, filing 42, filed by counsel for the defendant, stating that because of medical reasons counsel for the defendant is physically unable to proceed. The defendant and the government have expressed no objection to the continuance. Accordingly,

IT IS ORDERED that:

1. the Motion to Continue Hearing Pursuant to Rule 35(b), filing 46, is granted;

2. the Rule 35(b) hearing is continued to January 3, 2008, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant has requested to participate at the hearing by telephone; therefore, defense counsel shall make the arrangements with the defendant's case manager and provide to my chambers the name of the defendant's case manager and the telephone number where the defendant can be reached at the time of the hearing on or before December 31, 2007.

Dated November 6, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge