```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3094 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL JAMES JACKSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant's motion to file under seal, filing 55, is granted. Defendant's filing 56 "Response to Government's Position," shall be removed from the public docket and filed under seal.

DATED this 26th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge