IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3094 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | UNDER 18 U.S.C. § 3582(c)(2) |
| | ) | AMENDED |
| MICHAEL JAMES JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney is notified of the filing on March 24, 2008, of a motion under 18 U.S.C. § 3582 (c)(2) for reduction in term of imprisonment pursuant to change in United States Sentencing Guidelines, filing 65. The United States shall have until April 30, 2008, in which to respond.

Dated March 26, 2008.

                BY THE COURT

                s/ Warren K. Urbom
                United States Senior District Judge