IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:05CR3094 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL JAMES JACKSON, ) | ORDER GRANTING MOTION TO FILE |
| ) | UNDER SEAL |
| Defendant. ) | |
| ) | |

IT IS ORDERED that the Motion to File Under Seal, filing 102, is granted.

Dated April 2, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge